James J. Pisanelli (SBN 4027)
Robert A. Ryan (SBN 12084)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone:    +1 702 214 2100
Facsimile:    +1 701 214 2101

Farah Tabibkhoei (*Pro Hac Vice App.  to be filed*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    +1 213 457 8000
Facsimile:    +1 213 457 8080

Martin J. Bishop (*Pro Hac Vice App. to be filed*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Attorneys for Defendant*
*Arizona Physicians IPA, Inc.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ARIZONA PHYSICIANS IPA, INC., <br><br> Defendants. | Case No.: 2:18-cv-00341-JCM-GWF <br><br> **STIPULATION REGARDING EXTENSION OF TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL; [PROPOSED] ORDER** <br><br> Current Deadline:  April 9, 2018 <br> Proposed Deadline: April 16, 2018 |

## **STIPULATION**

Plaintiff Sunrise Hospital and Medical Center, LLC and Defendant Arizona Physicians IPA,

Inc., by and through their respective attorneys of record, stipulate and agree as follows:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   WHEREAS the Court provided notice to Defendant's counsel to file a Verified Petition and

2   Designation of Local Counsel by April 9, 2018 [Doc. 8];

3   WHEREAS Defendant has been diligent in completing the Verified Petition and Designation

4   of Local Counsel and has requested the applicable Certificates of Good Standing, which are

5   outstanding;

6   WHEREAS Defendant expects to receive all of the applicable Certificates of Good Standing

7   for Defendant's counsel on or before April 16, 2018; and

8   WHEREAS Defendant has not previously requested an extension for file a Verified Petition

9   and Designation of Local Counsel.

10   **IT IS HEREBY STIPULATED THAT:**

11   Defendant Arizona Physicians IPA, Inc. shall have until April 16, 2018 to file the Verified

12   Petition and Designation Of Local Counsel.

13

    Dated: April 5, 2018                          DATED:  April 5,  2018

14
       BAILEY KENNEDY                              PISANELLI BICE PLLC
15

16     By:  /s/ Joshua M. Dickey                   By  /s/  Robert A. Ryan
           Joshua M. Dickey (SBN 6621)                James J. Pisanelli (SBN 4027)
17         8984 Spanish Ridge Avenue                   Robert A. Ryan (SBN 12084)
           Las Vegas, NV 89148                         400 South 7th Street, Suite 300
18                                                     Las Vegas, NV 89101

19         *Attorneys for Plaintiff*
           *Sunrise Hospital and Medical Center,*     *Attorneys for Defendant*
           *LLC*                                      *Arizona Physicians IPA, Inc.*
20

21

22   **IT IS SO ORDERED.**

23

24   DATED:  4-6-2018

25                                              Judge of the United States District Court

26

27

28

- 2 -
STIPULATION REGARDING EXTENSION OF TIME TO FILE VERIFIED PETITION AND
DESIGNATION OF LOCAL COUNSEL; [PROPOSED] ORDER